CHAMBER'S COPY

**FILED**

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7004
7  FAX: (415) 436-7234
   Email: andrew.caputo@usdoj.gov
8
9  Attorneys for Plaintiff
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION
14 UNITED STATES OF AMERICA,        )   No. 3-06-70334 EDL
                                    )
15        Plaintiff,                )
                                    )   [PROPOSED] ORDER AND
16     v.                           )   STIPULATION EXTENDING TIME
                                    )   UNDER RULE 5.1 AND EXCLUDING
17 JOSE NUNEZ GONZALEZ,             )   TIME UNDER THE SPEEDY TRIAL ACT
                                    )
18        Defendant.                )
                                    )
19

20 The parties stipulate and agree, and the Court finds and holds, as follows:

21     1. The initial appearance on the complaint in this case occurred on June 1, 2006. The
22 parties subsequently appeared before this Court on June 7, 2006, for a detention hearing.
23 Defendant elected not to contest detention, and the Court ordered defendant detained.

24     2. This matter is currently set for a preliminary hearing/arraignment on June 23, 2006 at
25 9:30 a.m.

26     3. The parties are engaged in discussions that appear likely to lead to a pre-indictment
27 resolution of the case. Accordingly, the parties request that the preliminary hearing/arraignment
28 be continued to July 7, 2006 at 9:30 a.m. Pursuant to Federal Rule of Criminal Procedure 5.1(d),

STIPULATION AND PROPOSED ORDER            1
3-06-70334 EDL

1  the parties respectfully request an extension of time for the preliminary hearing to July 7, 2006.

2       4. The parties also respectfully request that the time from June 19, 2006, to July 7, 2006,

3  be excluded in computing the time within which an indictment or information must be filed

4  pursuant to the Speedy Trial Act. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). In light of the

5  foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for

6  the defense the reasonable time necessary for effective preparation, taking into account the

7  exercise of due diligence. See id. The ends of justice would be served by the Court excluding

8  the proposed time period. These ends outweigh the best interest of the public and the defendant

9  in a speedy trial. See id. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: 6/28/06

Respectfully submitted,

_____
ANDREW P. CAPUTO
Assistant United States Attorney

DATED: 6/21/06

_____
ELIZABETH FALK
Assistant Federal Public Defender

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/30/06

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge